UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NAMAIRE Q. ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 2:21-CV-014-TAV-CRW |
| ) | |
| U.S. MARSHAL KEN MILLER, ) | |
| N.P. EDITH HACKER, and ) | |
| JAILOR JEME MOSELY, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth above;

4. The Clerk is **DIRECTED** to provide a copy of this memorandum and opinion and the accompany order to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983 as to Defendant Marshal Miller;

6. Accordingly, Defendant Marshal Miller is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A); and

7. The Clerk is **DIRECTED** to transfer the remainder of this action to the United States District Court for the Eastern District of Kentucky and to close this Court's file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT